UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In Re:
GOODRICH, BARBARA ELLEN          Case | Case No 18-10135GVL1
                                       Chapter 7
         Debtor(s)

_____

**REPORT AND NOTICE OF INTENTION**
**TO SELL PROPERTY OF THE ESTATE TO DEBTOR**

**TO:   Debtor(s), Creditors, and Parties in Interest:**

---

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).

If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL, 32301 and serve a copy on the movant's attorney, Theresa M. Bender, Trustee, P.O. Box 14557, Tallahassee, FL. 32317, and any other appropriate person within the time allowed. If you file and serve
a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

NOTICE IS HEREBY GIVEN that the Trustee/debtor-in-possession intends to sell the following property of the estate of the debtor(s), under the terms and conditions set forth below:

1) **Description and Value of Property:** *Non-exempt equity* in assets scheduled by the Debtor(s).
   EQUITY IN PERSONAL PPTY:
   HH GOODS $75

```
     ELECTRONICS  $325
      CLOTHING  $50
    JEWELRY  $250
     2 DOGS  $50
     BANK ACCT $114
  SUB-TOTAL:  $864.00
  4 payments of  $216.00
```

**2)** **Manner of Sale:**     Private (x )*  Public Auction ( )

**3)** **Terms of Sale:**

  a)    Purchaser(s)GOODRICH, BARBARA ELLEN, Debtors.

  b)    "As is," "where is" with no warranties expressed or implied;
This sale is subject to any scheduled, known or unknown, liens, encumbrances, and Debtor's exemptions; and the Purchaser(s) is/are responsible for all payments to Lien Holders, Tax Assessors, etc.

  c)    Assets and Terms as spelled out in the promissory note executed by Debtor(s);

  d)    Selling price as negotiated between the parties and as more fully stated in executed Promissory Note held by the Trustee.

  e)    All payments shall be made to **Theresa M. Bender, Trustee, P.O. Box 14557, Tallahassee, Florida 32317.**

*The purchase price(s) was/were established by review of the schedules and any additional documents or testimony provided by parties, negotiated in good faith, and based on the principles of best business judgment.

*(Applicable to private sales only.)* The Trustee will entertain any higher bids of 25% or more for the purchase of the assets of the debtor(s) which the Trustee proposes to sell. Such bids must be in writing and accompanied by a deposit of 20% of the proposed higher purchase price. Any higher bid must be received, with the applicable deposit) by the Trustee at the address listed below *no later than the close of business 15 days from the date of this Notice.*

NOTICE IS HEREBY GIVEN that all objections to the same must state the basis of the objection. If no objection is filed, the sale described above will take place.

Date:8/16/2018 /s/ Theresa M. Bender
THERESA M. BENDER
CHAPTER 7 TRUSTEE
P.O. Box 14557
Tallahassee, Florida 32317
PH: 850.205.7777
FL Bar No. 0749486
Tmbenderch7@yahoo.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Report and Notice of Intention to Sell Property of the Estate has been furnished by Electronic Mail, or by U.S. mail within two business days, to GOODRICH, BARBARA ELLEN, 23932 NW 188TH AVENUE HIGH SPRINGS, FL, 32643,; ,;STEVEN R SERRA , 515 SW 1ST AVENUE, FORT LAUDERDALE, FL, 33301and Charles F. Edwards, Esq., U.S. Trustee, 110 East Park Ave., Suite 128, Tallahassee, FL. 32301.

Dated: 8/16/2018 /s/ Theresa M. Bender