UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:
BARBARA ELLEN GOODRICH                CASE NO 18-10135-KKS
                                      CHAPTER: 7

          DEBTOR(S).
_____/

### ORDER GRANTING FIRST PALMETTO BANK MOTION FOR IN REM RELIEF FROM THE AUTOMATIC STAY (DE 40)

**THIS CASE** came before the Court on the Motion for Relief from the Automatic Stay filed **First Palmetto Bank**. ("Movant") on November 19, 2018 (DE 40). No party filed an objection within the proscribed time period; the Court considers the matter unopposed. It is:

**ORDERED:**

1. The Motion is GRANTED.

2. The automatic stay arising by reason of 11 U.S.C. §362 of the Bankruptcy Code is terminated as to Movant's interest in the following property:

> All that certain piece, parcel or tract of land, with improvements thereon, if any, situate, lying and being in Orangeburg County, in the State of South Carolina, designated as **Tract #10, Section E, Oak Hollow Subdivision, Phase II, containing 1.46 acres**, on that certain plat by Edisto Surveyors, Inc., dated May 8, 1994 and recorded in the Office of the Register of Deeds for Orangeburg County in **Plat Book 70L, at Page 154**. Pursuant to Section 30-5-250 of the Code of Laws of South Carolina, (1976, as amended) reference to said plat is hereby craved for the metes, bounds, courses and/or distances of the property delineated thereon. This property is shown on the maps for Orangeburg County as **Tax Map Parcel #0307-00-02-033.000**.
>
> Attached thereto and made permanent with the land is a 1995 IMPE, SPECIA, Mobile Home, VIN # SEHNC079503171AB.
>
> This property was conveyed to Martin Rossiter and Barbara Rossiter by deed of Stephen D. Carrigan and Devona B. Carrigan dated October 25, 2006 and recorded in the Office of the Register of Deeds for Orangeburg County in Deed Book 1176, at Page 122 on November 2, 2006. Martin Rossiter conveyed his interest to Barbara Rossiter by deed dated May 14, 2012, recorded in said office in Deed Book 1460, at Page 269 on May 30, 2012.

**AKA: 1090 Myrtle Drive, Santee, South Carolina 29142**

3. The automatic stay is modified to allow the Movant to complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, but the Movant shall not (contingent upon the Debtor receiving a discharge in this case) obtain *in personam* relief against the Debtor.

4. The Movant made sufficient allegations and a request in the Motion to waive the 14-day stay requirement of Bankruptcy Rule 4001 (a)(3). No objection being raised, the automatic stay shall be lifted immediately upon execution of this order.

DONE and ORDERED on   December 17, 2018                     .

                                                              Karen K. Specie
                                                              United States Bankruptcy Judge

Attorney Jeffrey Fraser, Esq. is directed to serve a copy of this order on interested parties and file a certificate of service within 3 business days of the entry of the order.

Barbara Ellen Goodrich
23932 NW 188th Avenue
High Springs, FL 32643

Steven R Serra
515 SW 1ST AVENUE
FORT LAUDERDALE, FL 33301

Trustee
Theresa M. Bender
P.O. Box 14557
Tallahassee, FL 32317

U.S. Trustee
United States Trustee
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301

*This order was prepared by Jeffrey Fraser, Esq.*