# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 18-10135GVL1 KKS  
**Case Name:** GOODRICH, BARBARA ELLEN  
**Period Ending:** 12/31/18

**Trustee:** (290820) Theresa M. Bender, Trustee  
**Filed (f) or Converted (c):** 05/24/18 (f)  
**§341(a) Meeting Date:** 06/27/18  
**Claims Bar Date:** 10/23/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 23932 NW 188th Avenue, High Springs, FL 32643-00<br>Imported from original petition Doc# 1 | 133,200.00 | 0.00 | | 0.00 | FA |
| 2 | 1090 Myrtle Drive, Santee, SC 29142-0000, Orange<br>Imported from original petition Doc# 1 | 63,431.00 | 0.00 | | 216.00 | 7,284.00 |
| 3 | Checking: Ameris Bank 3145<br>Imported from original petition Doc# 1 | 114.00 | 114.00 | | 90.75 | 23.25 |
| 4 | Sofa, table & chairs, 2 beds, 2 dressers, 2 nigh<br>Imported from original petition Doc# 1 | 1,075.00 | 75.00 | | 59.70 | 15.30 |
| 5 | Television, computer<br>Imported from original petition Doc# 1 | 325.00 | 325.00 | | 258.72 | 66.28 |
| 6 | Clothes<br>Imported from original petition Doc# 1 | 50.00 | 50.00 | | 39.81 | 10.19 |
| 7 | 2 rings, 2 watches, earings, 2 chains<br>Imported from original petition Doc# 1 | 250.00 | 250.00 | | 199.02 | 50.98 |
| 8 | 403(b): Lincoln Financial<br>Imported from original petition Doc# 1 | 66,103.00 | 0.00 | | 0.00 | FA |
| 9 | 2012 Kia Sedona LX, 103,000 miles, VIN: KNDMG4C7<br>Imported from original petition Doc# 1 | 3,760.00 | 0.00 | | 0.00 | FA |
| 10 | 2011 Harley Davidson Heritage Softail, 6200 mile<br>Imported from original petition Doc# 1 | 7,450.00 | 485.00 | OA | 0.00 | FA |
| 11 | 2 dogs<br>Imported from original petition Doc# 1 | 50.00 | 50.00 | | 0.00 | 50.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-10135GVL1 KKS  
**Case Name:** GOODRICH, BARBARA ELLEN  

**Period Ending:** 12/31/18

**Trustee:** (290820) Theresa M. Bender, Trustee  
**Filed (f) or Converted (c):** 05/24/18 (f)  
**§341(a) Meeting Date:** 06/27/18  
**Claims Bar Date:** 10/23/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 11   Assets   Totals (Excluding unknown values) | $275,808.00 | $1,349.00 | | $864.00 | $7,500.00 |

**Major Activities Affecting Case Closing:**

    1/28/19-REVIEWED FOR IR  
    11/21/18-CLAIMS IMPORT  
    8/17/18-NOIS FILED  
    8/9/18-EMAIL PN TO ATTY

    7/16/18-SIGNED DOCS FOR BK GLOBAL TO PURSUE SALE/AUCTION

    EQUITY IN PERSONAL PPTY:  
      HH GOODS  $75  
      ELECTRONICS  $325  
      CLOTHING  $50  
      JEWELRY  $250  
      2 DOGS  $50  
      BANK ACCT  $114  
    SUB-TOTAL:  $864.00  
    4 payments of  $216.00

**Initial Projected Date Of Final Report (TFR):** October 30, 2019       **Current Projected Date Of Final Report (TFR):** October 30, 2019

_____  
      January 29, 2019  
            Date

/s/ Theresa M. Bender, Trustee  
_____  
Theresa M. Bender, Trustee

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 18-10135GVL1 KKS
**Case Name:** GOODRICH, BARBARA ELLEN

**Taxpayer ID #:** **-***7310
**Period Ending:** 12/31/18

**Trustee:** Theresa M. Bender, Trustee (290820)
**Bank Name:** Rabobank, N.A.
**Account:** ******7566 - Checking Account
**Blanket Bond:** $7,710,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/14/18 | | GOODRICH, B | Acct #1; Payment #1; PAYMENT PURSUANT TO DOCKET 27 | | | 216.00 | | 216.00 |
| | {3} | | Acct #1; Payment #1; PAYMENT PURSUANT TO DOCKET 27 | 30.25 | 1129-000 | | | 216.00 |
| | {4} | | Acct #1; Payment #1; PAYMENT PURSUANT TO DOCKET 27 | 19.90 | 1129-000 | | | 216.00 |
| | {5} | | Acct #1; Payment #1; PAYMENT PURSUANT TO DOCKET 27 | 86.24 | 1129-000 | | | 216.00 |
| | {6} | | Acct #1; Payment #1; PAYMENT PURSUANT TO DOCKET 27 | 13.27 | 1129-000 | | | 216.00 |
| | {7} | | Acct #1; Payment #1; PAYMENT PURSUANT TO DOCKET 27 | 66.34 | 1129-000 | | | 216.00 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 5.00 | 211.00 |
| 10/14/18 | | GOODRICH, BARBARA | Acct #1; Payment #2; PAYMENT PURSUANT TO DOCKET 27 | | | 216.00 | | 427.00 |
| | {3} | | Acct #1; Payment #2; PAYMENT PURSUANT TO DOCKET 27 | 30.25 | 1129-000 | | | 427.00 |
| | {4} | | Acct #1; Payment #2; PAYMENT PURSUANT TO DOCKET 27 | 19.90 | 1129-000 | | | 427.00 |
| | {5} | | Acct #1; Payment #2; PAYMENT PURSUANT | 86.24 | 1129-000 | | | 427.00 |

**Subtotals :** $432.00   $5.00

{} Asset reference(s)

Printed: 01/30/2019 10:13 AM   V.14.50

## Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 18-10135GVL1 KKS
**Case Name:** GOODRICH, BARBARA ELLEN

**Taxpayer ID #:** **-***7310
**Period Ending:** 12/31/18

**Trustee:** Theresa M. Bender, Trustee (290820)
**Bank Name:** Rabobank, N.A.
**Account:** ******7566 - Checking Account
**Blanket Bond:** $7,710,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | TO DOCKET 27 | | | | | |
| | {6} | | Acct #1; Payment #2; PAYMENT PURSUANT TO DOCKET 27 | 13.27 | 1129-000 | | | 427.00 |
| | {7} | | Acct #1; Payment #2; PAYMENT PURSUANT TO DOCKET 27 | 66.34 | 1129-000 | | | 427.00 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 5.00 | 422.00 |
| 11/23/18 | | GOODRICH, BARBARA | Acct #1; Payment #3; PAYMENT PER DOC 27 | | | 216.00 | | 638.00 |
| | {3} | | Acct #1; Payment #3; PAYMENT PER DOC 27 | 30.25 | 1129-000 | | | 638.00 |
| | {4} | | Acct #1; Payment #3; PAYMENT PER DOC 27 | 19.90 | 1129-000 | | | 638.00 |
| | {5} | | Acct #1; Payment #3; PAYMENT PER DOC 27 | 86.24 | 1129-000 | | | 638.00 |
| | {6} | | Acct #1; Payment #3; PAYMENT PER DOC 27 | 13.27 | 1129-000 | | | 638.00 |
| | {7} | | Acct #1; Payment #3; PAYMENT PER DOC 27 | 66.34 | 1129-000 | | | 638.00 |
| 12/19/18 | {2} | GOODRICH | PAYMENT PER DOC. 27 | | 1110-000 | 216.00 | | 854.00 |

Subtotals :   $432.00   $5.00

{} Asset reference(s)

Printed: 01/30/2019 10:13 AM   V.14.50

## Form 2
## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 18-10135GVL1 KKS | **Trustee:** | Theresa M. Bender, Trustee (290820) |
|---|---|---|---|
| **Case Name:** | GOODRICH, BARBARA ELLEN | **Bank Name:** | Rabobank, N.A. |
| | | **Account:** | ******7566 - Checking Account |
| **Taxpayer ID #:** | **-***7310 | **Blanket Bond:** | $7,710,000.00   (per case limit) |
| **Period Ending:** | 12/31/18 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **864.00** | **10.00** | **$854.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **864.00** | **10.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$864.00** | **$10.00** | |

Net Receipts :  864.00

Net Estate :  $864.00

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******7566** | 864.00 | 10.00 | 854.00 |
| | $864.00 | $10.00 | $854.00 |

{} Asset reference(s)                                                                                                       Printed: 01/30/2019 10:13 AM    V.14.50